Gloria Snyder, Plaintiff *v.* Ashland State Hospital and Charles Post, Administrator, Ashland State Hospital, Defendants.

Argued January 9, 1976, before Judges CRUMLISH, JR., ROGERS and BLATT, sitting as a panel of three.

*Charles A. Bressi, Jr.,* for plaintiff.

*Edward E. Knauss, III,* with him *Metzger, Wickersham, Knauss & Erb,* for defendant, Post.

*Jeffrey Cooper,* Deputy Attorney General, with him *Norman J. Watkins,* Deputy Attorney General, *Lawrence Silver,* Deputy Attorney General, and *Robert P. Kane, Attorney General,* for defendant, Ashland State Hospital.

PER CURIAM OPINION, March 5, 1976:

The preliminary objections are hereby sustained on the basis of our decisions in *Freach v. Commonwealth of Pennsylvania,* 23 Pa. Commonwealth Ct. 546, 354 A.2d 908 (1976), and *Heifetz v. Philadelphia State Hospital,* 22 Pa. Commonwealth Ct. 325, 348 A.2d 455 (1975).

ORDER

AND NOW, this 5th day of March, 1976, the preliminary objections of Defendants, Ashland State Hospital and Charles Post, are hereby sustained.